[No. 25720-0-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEWIS COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03362-0, Susan R. Agid, J., entered January 6, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 26961-5-I.   Division One.   April 20, 1992.]

H. DAVID FISHER, ET AL, *Respondents*, v. RICHARD L. LOOMIS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 79-2-03380-4, Robert H. Alsdorf, J., entered August 22, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Kennedy, JJ.

[No. 14242-2-II.   Division Two.   April 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW PAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00657-8, James D. Roper, J., entered May 31, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich C.J., and Morgan, J.